UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TODD MICHAEL PREE,

    Plaintiff,

v.                                           Case No: 2:18-cv-45-FtM-38CM

TAMARA LYNN NICOLA and
NICOLA FAMILY LAW, P.A.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on its March 5, 2018 Opinion and Order requiring Pree to file an amended complaint on or before March 30, 2018. (Doc. 11). To date, Pree has neither filed an amended complaint nor requested more time to do so. Because of Pree's *pro se* status, the Court will grant him an additional seven days to file an amended complaint if he so chooses. If Pree fails to comply with this Order, the Court will dismiss the case without further notice. Accordingly, it is now

**ORDERED:**

Plaintiff Todd Pree may file an amended complaint on or before **May 14, 2018**. **Failure to do so will result in dismissal of this case.**

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of May, 2018.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.